AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

)
)
)
ARMCHAIR SAMARITAN )
*Plaintiff(s)* )
v. ) Civil Action No. 23-cv-1872-SKC
)
)
JOHN PICCONE )
AMERICAN SAMARITAN, INC. )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
John Vaughn Piccone
1880 Arapahoe Street, Apt #2112
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William C. Groh, III, Esq.
Robinson & Henry, P.C.
1805 Shea Center Drive, Suite 180
Highlands Ranch, CO 80129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/2023

s/ E. Fogarty
*Signature of Clerk or Deputy Clerk*